No. 218. MARTINEZ *v.* NEELLY, SUCCESSOR TO JORDAN, DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE. Argued January 5, 1953. Decided January 12, 1953. *Per Curiam:*

The judgment is affirmed by an equally divided Court. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Eugene Cotton* argued the cause and filed a brief for petitioner. *Solicitor General Cummings* argued the cause for respondent. With him on the brief were *Assistant Attorney General Murray, Robert W. Ginnane, Beatrice Rosenberg* and *Kenneth C. Shelver.*

